UNITED STATES DISTRICT COURT
DISTRICT OF MAINE
PORTLAND DIVISION

| | |
|---|---|
| MICHAEL LELAND,          ) | No. 2:18-cv-00392-GZS |
|   Plaintiff,             ) | |
|                          ) | NOTICE OF SETTLEMENT |
|   v.                     ) | |
|                          ) | |
| CAPITAL ONE BANK (USA), N.A., ) | |
|                          ) | |
|   Defendant.             ) | |

### NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff Michael Leland ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Defendant") have reached a settlement in the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement. The parties intend to file a Joint Stipulation of Dismissal as soon as the Settlement Agreement is finalized, but Plaintiff respectfully requests to be given thirty (45) days to file said Notice. Accordingly, Plaintiff requests that the Court vacate all deadlines.

Plaintiff is filing this Notice with Defendant's approval and permission.

RESPECTFULLY SUBMITTED,

Date: March 27, 2019

*/s/ Daniel Ruggiero*
DANIEL RUGGIERO
Attorney for Plaintiff
**The Law Office of Daniel Ruggiero**
275 Grove St., Suite 2-400
Newton, MA, 02466
41 Madison Avenue
25th Floor – Suite 2539
New York, NY 10010
P: (339) 237-0343
E: DRuggieroEsq@gmail.com