UNITED STATES DISTRICT COURT
DISTRICT OF MAINE
PORTLAND DIVISION

| | | |
|---|---|---|
| MICHAEL LELAND, | ) | No. 2:18-cv-00392-GZS |
| Plaintiff, | ) | |
| v. | ) | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| CAPITAL ONE BANK (USA), N.A., | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Michael Leland ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, pursuant to an executed settlement between the parties and with each party to bear its own costs and fees.

JOINTLY SUBMITTED,

Date: May 15, 2019

By: */s/ Daniel Ruggiero*
DANIEL RUGGIERO
Attorney for Plaintiff
**The Law Office of Daniel Ruggiero**
275 Grove St., Suite 2-400
Newton, MA, 02466
41 Madison Avenue
25th Floor – Suite 2539
New York, NY 10010
P: (339) 237-0343
E: DRuggieroEsq@gmail.com

By: *Rufus E. Brown*
Rufus E. Brown
Attorney for Defendant
BROWN & BURKE
152 Spring Street
PORTLAND, ME 04101
207-775-0265
Email: rbrown@brownburkelaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2019, a true and correct copy of the foregoing document was filed with the court using the CM/ECF system, which will notify all attorneys of record including the following:

Rufus E. Brown
Attorney for Defendant
BROWN & BURKE
152 Spring Street
PORTLAND, ME 04101
207-775-0265
Email: rbrown@brownburkelaw.com

By: */s/ Daniel Ruggiero*
DANIEL RUGGIERO
Attorney for Plaintiff
**The Law Office of Daniel Ruggiero**
275 Grove St., Suite 2-400
Newton, MA, 02466
41 Madison Avenue
25th Floor – Suite 2539
New York, NY 10010
P: (339) 237-0343
E: DRuggieroEsq@gmail.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25